NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA ANN AUSTIN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7149, -7150

---

Appeals from the United States Court of Appeals for Veterans Claims in No. 13-991, Chief Judge Bruce E. Kasold and No. 13-1488, Judge William Greenberg.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Secretary of Veterans Affairs' unopposed motions to consolidate this appeal with appeal no. 2013-7150,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

2                                                    AUSTIN v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26